FISK, Respondent, v. BENNETT, Appellant. (Supreme Court, Appellate Division, First Department. January 14, 1898.) Action by Henrietta Fisk against James G. Bennett. J. Townshend, for appellant. F. F. Neuman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

FLINT v. RUTHRAUFF et al. (Supreme Court, Appellate Division, First Department. January 21, 1898.) Action by Helena Flint against Eleanor M. Ruthrauff and another. No opinion. Motion denied, with $10 costs.

FRANCKLYN et al. v. KNAPPMAN et al. (Supreme Court, Appellate Division, First Department. January 14, 1898.) Action by Cyril Francklyn and others against William Knappman and others. No opinion. Motion granted, with $10 costs and disbursements of appeal.